```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                 NORTHERN DIVISION
```

JOHN DILLARD, et al.,          )
                               )
      Plaintiffs,              )
                               )
v.                             )   CASE NO. 2:87-CV-1279
                               )
TOWN OF PINE APPLE,            )
                               )
      Defendant.               )

**CONSENT FINAL JUDGMENT**

There being no objection to defendant Town of Pine Apple's motion for final dismissal of this action filed October __, 2006 (Doc. No. __); and Alabama Act No. 2006-252 having received § 5 preclearance, it is the ORDER, JUDGMENT, and DECREE of the Court as follows:

(1) Said motion is granted.

(2) It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the Consent Decree and Order of this court entered January 8, 1988, providing that the Town Council of the Town of Pine

Apple shall be composed of five members elected at large, without designated or numbered places, with the five candidates receiving the most votes being elected and each voter casting only one vote.

    (3) The injunction contained in the prior judgment of this court to the extent it pertains to defendant Town of Pine Apple is dissolved.

    (4) All claims against the defendant Town of Pine Apple in this action are dismissed.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    DONE this \_\_\_\_ day of October, 2006.

                                    **/s/ Myron H. Thompson**
                                      **UNITED STATES DISTRICT JUDGE**